UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 8:18-cr-192-SDM-CPT

JOSE ANGEL MENDOZA, JR.
_____/

## ORDER

On January 20, 2026, Mendoza moved (Doc. 705) for early termination of his five-year term of supervised release.  On February 12, 2026, the United States and the United States Probation Office opposed (Doc. 708) Mendoza's motion.  A March 5, 2026 order (Doc. 710) denies the motion.  Five days after the order of denial and a month after the United States opposed his motion, Mendoza filed (Doc. 711) an unauthorized and untimely "response" to the United States's response and moves (Doc. 712) for "relief from the judgment," which means relief from the March 5 order of denial.

In his two pending papers, Mendoza advances several arguments and objections.  For example, he objects that he did not receive the United States's response and has had no opportunity to timely reply.

Mendoza's present conviction results from his participation in a drug trafficking organization (Mendoza was one of twelve co-defendants), a crime he committed

while on supervised release after serving a prison sentence for a 2010 cocaine-distribution conviction.  Paragraphs 122–124 of Mendoza's presentence report state:

> 122. The defendant was enrolled in substance abuse treatment at Clinical Associates of Daniel Hersey and Hanzel Pereira in 2010 in Brandon, Florida. He began group and individual treatment on August 25, 2010, while on bond and prior to sentencing in Docket No. 8:10-cr-214-T-24TGW. However, he was administratively discharged in November 2010 for noncompliance.
>
> 123. Prior records from the United States Probation Office reflect that while the defendant was on federal supervised release in Docket No. 8:10-cr-214-T-24TGW, he tested positive for cocaine in July 2017. His mother told his probation officer in August 2017, that the defendant drank alcohol to excess.
>
> 124. The defendant was referred to Bay Area Behavioral Services in Brandon, Florida, for Moral Reconation Therapy (MRT) and individual substance abuse counseling in March 2018. He was unsuccessfully discharged on April 24, 2018, due to his arrest in the instant offense.

Only in a rare and unusual circumstance is early termination available after a defendant serves only one year of a five-year term of supervision.  Mendoza is nowhere near establishing a basis for eliminating about 80% of his term of supervision. I persist in my view that Mendoza must serve at least most or perhaps all his term of supervised release.  Mendoza's motions (Docs. 711 and 712) are **DENIED**.  Mendoza should work to establish a more extensive and reliable record that ensures the probation officer, the prosecutor, and the judge that further supervision is not necessary to protect the interests of justice.

ORDERED in Tampa, Florida, on April 3, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -